NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD C. BAREFORD,**

*Claimant-Appellee*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellant*

---

2023-1189

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-4633, Judge Coral Wong Pietsch, Judge Joseph L. Falvey, Jr., Chief Judge Margaret C. Bartley.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                             BAREFORD v. MCDONOUGH

(2)  Each side shall bear their own costs.


                                                    FOR THE COURT


April 29, 2024                              Jarrett B. Perlow
   Date                                     Clerk of Court


**ISSUED AS A MANDATE:** April 29, 2024